**Order entered May 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00388-CV

**ERNEST K. BANKAS, Appellant**

**V.**

**MAUREEN BANKAS, Appellee**

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-13471**

## ORDER

The record in this case is past due. On April 23, 2015, the trial court sustained the contest to appellant's affidavit of indigence. On May 14, 2015, Felicia Pitre, Dallas County District Clerk, notified the Court that the clerk's record has been prepared and is being held for non-payment of $181.00. In a letter dated May 14, 2015, this Court instructed appellant to file, within ten days, written verification that appellant has paid or made arrangements to pay the clerk's fee. We modify the due date for appellant's response to **JUNE 8, 2015**. We caution appellant that failure to provide written verification of payment or payment arrangements for the clerk's fee by **JUNE 8, 2015** will result in dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

We **ORDER** Shantel Beheler, Official Court Reporter for the 301st Judicial District Court, to file, by **JUNE 8, 2015**, either (1) the reporter's record, (2) written verification that appellant has not requested the reporter's record, or (3) written verification that appellant has not paid or made arrangements to pay for the reporter's record. We caution appellant that if we receive written verification of no request or no payment or payment arrangements, we will order the appeal submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Felicia Pitre, Shantel Beheler, and counsel for appellee and, by first-class mail to appellant.

/s/    ELIZABETH LANG-MIERS
        JUSTICE